U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 2 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JERRY DALE BYBEE,               §
                                §
        Petitioner,             §
                                §
v.                              §         2:11-CV-0152
                                §
RICK THALER, Director,          §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
                                §
                                §
        Respondent.             §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On August 2, 2011, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be dismissed for failure to exhaust state remedies. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE